UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 5:11mj1265

FILED
APR 15 2011
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| | | |
|---|---|---|
| IN THE MATTER OF A SEARCH WARRANT | : | ORDER TO SEAL |
| FOR 2118 RIVERGRASS COURT, RALEIGH, NC | : | APPLICATION AND |
| 27610 AND 5409 PENNFINE DRIVE, RALEIGH, | : | AFFIDAVIT FOR |
| 27610 | : | SEARCH WARRANT |

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the Application and Affidavit for Search Warrant in the above-referenced matter, and the instant Motion to Seal, be sealed by the Clerk from this date until further order by this Court, except that a certified copy of the same be provided to the United States Attorney's Office and Special Agent Tanisha Manning.

This the 15th day of April, 2011.

_____
HON. WILLIAM A. WEBB
United States Magistrate Judge