IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:11-MJ-1265-WW-1

| | |
|---|---|
| IN RE SEARCH WARRANT FOR: ) | |
| ) | |
| ) | **ORDER TO UNSEAL** |
| ) | |
| 2118 Rivergrass Court, Raleigh, NC, ) | |
| 27610, and 5409 Pennfine Drive ) | |
| Raleigh, NC 27610 ) | |

This case comes before the court on the motion (D.E. 5) by the government to unseal the application and affidavit for search warrant (D.E. 1) as well as the corresponding motion (D.E. 2) and order (D.E. 3) to seal. The government represents that there is no longer an ongoing undercover investigation requiring these documents to be confidential and, therefore, the reasons advanced by the government in the original motion to seal are now moot.

Having duly considered the motion, and for good cause shown, the court hereby GRANTS the motion. The Clerk shall unseal the application and affidavit for search warrant (D.E. 1) and the motion (D.E. 2) and order (D.E. 3) to seal.

SO ORDERED, this the 29th day of June 2012.

James E. Gates
United States Magistrate Judge